**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
MICHAEL LAMARCO, et al.,

          Plaintiffs,

          -against-

TRIUMPH CONSTRUCTION CORP., et al.,

          Defendants.

------------------------------------------------------------x

25-CV-3404 (JHR) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an Initial Case Management Conference on Thursday, November 06, 2025 at 10:30 a.m.. As ordered at the Conference, parties are to submit a joint status letter on the last business Friday of every month, beginning on **December 19, 2025.**

       **SO ORDERED.**

Dated: November 6, 2025
       New York, New York

                                        *s/ Ona T. Wang*
                                        **Ona T. Wang**
                                        United States Magistrate Judge