**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| MICHAEL LAMARCO, et al., Plaintiffs, -against- TRIUMPH CONSTRUCTION CORP., et al., Defendants. | : | 25-CV-3404 (JHR) (OTW) **ORDER** |

**ONA T. WANG, United States Magistrate Judge**:

The Court is in receipt of parties' joint letter proposing a schedule for supplemental briefing on the motion for conditional collective certification and an extension to the fact discovery deadline in light of additional discovery required. (ECF 46). Fact discovery is hereby **EXTENDED** to **September 16, 2026**.

At the July 2, 2026 Conference, parties represented a need to "complete the depositions first because the remaining testimony and the documents that may be produced [] will materially impact what gets briefed." (ECF 44; July 2, 2026 Hearing Tr. at 18:16-21). Parties are directed to file a new motion for conditional collective certification—after completing the discovery discussed at the conference and at ECF 46—according to the following schedule:

1. Plaintiffs' opening brief is due by **October 16, 2026.**
2. Defendants' response brief is due by **November 13, 2026.**
3. Plaintiffs' reply brief, if any, is due by **December 4, 2026.**

Plaintiffs' prior motion for conditional collective certification is **DENIED** as premature, in light of the additional discovery required and the extended briefing schedule. Additionally, the

motions for extensions of time to complete discovery at ECF Nos. 37 and 39 are **DENIED** as moot.

The Clerk of the Court is respectfully directed to close ECF Nos. 24, 37, 39, and 46.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: August 11, 2026
New York, New York